USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM NISBETT, *on behalf of himself and all other persons similarly situated*,

        Plaintiff,

v.

FLORAVERE INC.,

        Defendant.

19-CV-10461 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 19, 2019, the Court ordered the parties to meet and confer within 30 days in a good-faith attempt to settle this action. *See* Dkt. 5. That order also required the parties to file a letter – within 45 days – requesting that the Court either refer the case to mediation or a magistrate judge or to schedule an initial status conference in the matter. *See id.* To date, the Court has not received that letter.

Accordingly, no later than January 23, 2020, the parties are required to file that letter, providing the information

SO ORDERED.

Dated: January 21, 2020
      New York, New York

Ronnie Abrams
United States District Judge